June 2, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ERIN LYNN STOW, KATHERINE BRADLEY, AND INTERVENOR BRANDI TURNER, INDIVIDUALLY AND A/N/F C.S.1 AND C.S.2., MINORS,
Appellants

NO. 14-15-00044-CV                      V.

SLAMMIN 4, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee Slammin 4, LLC, signed December 17, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Erin Lynn Stow, Katherine Bradley, and Intervenor, Brandi Turner, Individually and a/n/f C.S.1 and C.S.2., Minors, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.